IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JLC TRADING CORPORATION,**     Plaintiff | § § § | |
| v. | § § | CIVIL ACTION NO. 4:17-CV-1300 |
| **COVINGTON SPECIALTY INSURANCE COMPANY,**     Defendant | § § § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

  **COMES NOW** Plaintiff JLC Trading Corporation and Defendant Covington Specialty Insurance Company and respectfully advise the Court that the parties have reached a settlement in this matter following mediation. Upon finalization of the settlement, the parties anticipate filing a joint stipulation of dismissal with the Court. Accordingly, the parties respectfully ask that all deadlines and rulings on any pending motions be abated and that this case be removed from the Court's trial docket, as applicable.

               Respectfully Submitted,

               */s/ Shaun Hodge*
    By: _____
           Shaun W. Hodge
           Texas Bar No. 24052995
           **The Hodge Law Firm, PLLC**
           Old Galveston Square Building
           2211 Strand, Suite 302
           Galveston, Texas 77550
           Telephone: (409) 762-5000
           Facsimile: (409) 763-2300
           Email: shodge@hodgefirm.com

         ATTORNEY FOR PLAINTIFF

and

By: */s/ Joelle Nelson with permission*
_____
Joelle G. Nelson
Texas Bar No. 24032501
**Lewis, Brisbois, Bisgaard and Smith, LLP**
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: (713) 659-6767
Facsimile: (713) 759-6830
Email: joelle.nelson@lewisbrisbois.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on March 5, 2018, a true and correct copy of the foregoing was delivered to the following counsel of record by electronic service and/or facsimile transmission and/or certified mail, return receipt requested:

Jane Lea Haas
**LEWIS, BRISBOIS, BISGAARD, AND SMITH, LLP**
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: (713) 659-6767
Facsimile: (713) 759-6830
Email: jane.haas@lewisbrisbois.com

Shannon L. Snider
**LEWIS, BRISBOIS, BISGAARD, AND SMITH, LLP**
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: (713) 659-6767
Facsimile: (713) 759-6830
Email: shannon.snider@lewisbrisbois.com

_____
Shaun W. Hodge