**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **JLC TRADING CORPORATION** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CASE NO. 4:17-cv-1300** |
| | § | |
| **COVINGTON SPECIALTY** | § | |
| **INSURANCE COMPANY** | § | |
| *Defendant.* | § | |

---

### PLAINTIFFS'S NOTICE OF NONSUIT OF ALL CLAIMS WITH PREJUDICE

---

COMES NOW, Plaintiff, JLC TRADING CORPORATION, and files this Notice of Nonsuit of All Claims with Prejudice, effectively dismissing all claims asserted, or that could have been asserted in connection with the matter that is the subject of this lawsuit, against Defendant, COVINGTON SPECIALTY INSURANCE COMPANY, **with prejudice**. This nonsuit with prejudice shall be effectively immediately upon filing.

Respectfully submitted,

**COUNSEL FOR PLAINTIFF:**
SHAUN W. HODGE
TEXAS BAR NO. 24052995
APRIL L. ROSENBAUM
TEXAS BAR NO. 24078926
THE HODGE LAW FIRM, PLLC
OLD GALVESTON SQUARE BUILDING
2211 STRAND, SUITE 302
GALVESTON, TEXAS 77550
(409) 762-5000 – TELEPHONE
(409) 763-2300 – FACSIMILE
SHODGE@HODGEFIRM.COM
AROSENBAUM@HODGEFIRM.COM

By: _____

## <u>CERTIFICATE  OF SERVICE</u>

I hereby certify that the foregoing was served in accordance with the Federal Rules of Civil Procedure on this 18th day of April, 2018, on the following counsel of record:

Joelle G. Nelson
Lewis Brisbois Bisgaard & Smith
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Joelle.Nelson@lewisbrisbois.com

Shaun W. Hodge

4827-9483-4273.1